AO 91 (Rev. 11/11) Criminal Complaint

DOA: 4/08/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Edgar Omar Beltran-Penuelas,<br>A #209 138 940<br><br>*Defendant* | Case No. 25-3141MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates alleged in Attachment A, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), a felony, and Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a class B misdemeanor, offenses described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am Border Patrol Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY
Digitally signed by CHARLES BAILEY
Date: 2025.04.09 11:40:29 -07'00'

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for AUSA Michael E. Shaw

☒ Continued on the attached sheet.

MICHAEL A JARA-GARCIA
Digitally signed by MICHAEL A JARA-GARCIA
Date: 2025.04.09 12:53:32 -07'00'

*Complainant's signature*

Michael Jara-Garcia
United States Border Patrol Agent
*Printed name and title*

Sworn to telephonically.

Date: April 9, 2025

M Morrissey

*Judge's signature*

City and state: Phoenix, Arizona

Michael T. Morrissey
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about April 8, 2025, Edgar Omar Beltran-Penuelas, an alien, was found in the United States at or near Gila Bend, in Maricopa County, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about May 9, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), a Class E felony.

### Count 2

On or about March 30, 2025, at or near Lukeville, in the District of Arizona, Edgar Omar Beltran-Penuelas, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(l) (Improper Entry by Alien), a Class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Michael Jara-Garcia, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about April 8, 2025, an individual was apprehended by Border Patrol agents near Gila Bend, in Maricopa County, in the District of Arizona. The agents performed an immigration inspection on the individual, later identified as Edgar Omar Beltran-Penuelas, who admitted to being a citizen and national of Mexico, unlawfully present in the United States. Beltran-Penuelas was transported to the Ajo Border Patrol Station for further processing. Beltran-Penuelas was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Edgar Omar Beltran-Penuelas to be a citizen of Mexico and a previously deported alien. Beltran-Penuelas was removed from the United States to Mexico, through Nogales, Arizona, on or about May 9, 2018, pursuant to a final order of removal issued by an immigration official. There is no record of Edgar Omar Beltran-Penuelas in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Edgar Omar Beltran-Penuelas in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Beltran-Penuelas presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Beltran-Penuelas unlawfully entered the United States at a time or place other than as designated by Immigration Officers of the United States of America. Beltran-Penuelas's immigration history was matched to him by electronic fingerprint comparison.

5. On or about April 9, 2025, Edgar Omar Beltran-Penuelas was advised of his constitutional rights. Beltran-Penuelas freely and willingly acknowledged his rights but did not agree to provide a statement under oath. However, on April 8, 2025, during his initial encounter with Border Patrol agents, Beltran-Penuelas admitted that he illegally entered the United States at or near Lukeville, Arizona, on or about March 30, 2025.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about April 8, 2025, Edgar Omar Beltran-Penuelas, an alien, was found in the United States at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 9, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), and on or about March 30, 2025, at or near

Lukeville, in the District of Arizona, Edgar Omar Beltran-Penuelas, an alien, unlawfully entered the United States at a time or place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), and Title 8, United States Code, Section 1325(a)(l) (Improper Entry by Alien).

**MICHAEL A JARA-GARCIA**
Digitally signed by MICHAEL A JARA-GARCIA
Date: 2025.04.09 12:54:03 -07'00'

Michael Jara-Garcia
United States Border Patrol Agent

Sworn to telephonically on
April 9, 2025

*M Morrissey*

Michael T. Morrissey
United States Magistrate Judge